IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Justin Credico,                              :
     Petitioner           :
            :
    v.                     :  No. 251 C.D. 2017
            :
Office of Attorney General,          :
     Respondent         :

## **O R D E R**

NOW, March 28, 2018, upon consideration of petitioner's application for reargument, the application is denied.

                    
               MARY HANNAH LEAVITT,
               President Judge